KENNEY v. NEW YORK RYS. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Michael Kenney against the New York Railways Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 154 N. Y. Supp. 151.

KETCHUM, Respondent, v. KETCHUM, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Ada B. Ketchum against Everett P. Ketchum. E. P. Ketchum, of New York City, for appellant. G. W. Whiteside, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEYES, Respondent, v. LESTERSHIRE HEIGHTS REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Cora W. Keyes against the Lestershire Heights Realty Company and another. No opinion. Order affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs in this court and in the court below.

KLEIN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Sussman Klein against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

KLOCK, Respondent, v. JAMES STEWART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1915.) Action by George W. Klock against James Stewart & Company, Incorporated.

PER CURIAM. Order modified by directing plaintiff to furnish a bill of particulars, stating: (1) The particulars of his claim as to the nature and extent of the alleged internal injuries, of the disorder of the kidneys, and of the injuries to the back and spine; and (2) the particulars as to the amount of expenses already incurred by him for medical attention, treatment, and care. Same to be furnished on or before June 8, 1915. And as so modified the order is affirmed, without costs of this appeal to either party.

In re KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. July 9, 1915.) In the matter of Knapp & French, Incorporated. No opinion. Motion granted. Settle order on notice.

KORNOBIS v. FORSTER. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Sophia Kornobis, an infant, etc., against Caroline Forster. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

LAMPHERE, Respondent, v. HERBERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by W. Merton Lamphere against Leo J. Herbert. No opinion. Judgment and order affirmed, with costs.

LANDES, Respondent, v. LANDES, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Augusta Landes against Leonard Landes. C. Goldzier, of New York City, for appellant. H. M. Phillips, of New York City, for respondent.

PER CURIAM. Order reversed, and motion denied, without costs, on the authority of Powers v. Powers, 33 App. Div. 126, 53 N. Y. Supp. 346; Grube v. Grube, 65 App. Div. 239, 72 N. Y. Supp. 529; Randolph v. Field, 165 App. Div. 279, 150 N. Y. Supp. 822.

INGRAHAM, P. J., and SCOTT, J., dissent upon the ground that, the defendant having failed to live up to his agreement, the plaintiff was then entitled to maintain an action for a separation and to apply for alimony. Order filed.

LANDON, Respondent, v. PENNSYLVANIA R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Innes Landon against the Pennsylvania Railroad Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

LANE v. LION BREWERY CO. OF NEW YORK CITY. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Margaret Lane, as administratrix, against the Lion Brewery Company of New York City. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1123.

LANE, Appellant, v. MYERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Margaret Lane against Edith A. Myers, individually and as executrix, etc., of Mary Jane Topping, deceased, and another.

PER CURIAM. Judgment reversed, with costs; and upon the facts found by the trial court the conclusion of law is made here that the deed by the executrix defendant to the other defendant, her son, in part payment of her individual indebtedness to him, was constructively fraudulent and unauthorized by the power of sale in the will, and therefore must be set aside as invalid; and that judgment in favor of the plaintiff and against the defendant accordingly, with costs and disbursements, be directed.